798 A.2d 160

CHARLESTOWN TOWNSHIP, Appellant,

v.

PENNSYLVANIA TURNPIKE COMMISSION, Appellee.

Schuylkill Township, Intervenor.

East Whiteland Township, Intervenor.

Supreme Court of Pennsylvania.

April 10, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of April, 2002, we **AFFIRM** the Order of the Commonwealth Court.

798 A.2d 160

Samuel BROWN, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

No. 48 EAP 2001.

Supreme Court of Pennsylvania.

April 11, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of April, 2002, probable jurisdiction is noted and the order appealed is affirmed.